AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:17-mj-00072-NJK |
| ) | |
| SHAMARIAE MARSHON JONES ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | 02/01/2017 at 2:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 27, 2017

_Judge's signature_

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



FILED JAN 27, 2017 — CLERK US DISTRICT COURT, DISTRICT OF NEVADA