# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.  2:17-cr-00042-APG-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| SHAMARIAE MARSHON JONES, | )<br>) |
| Defendant. | )<br>) |

Presently before the court is Defendant Shamariae Marshon Jones' Motion for Suppression and Pre-Trial Release and Full Disclosure (ECF Nos. 21-24), filed on February 27, 2017.  Also before the court is Defendant's Notice Requesting Docket Sheet (ECF No. 25), filed on February 27, 2017.  These documents were filed by the Defendant, although he is represented by attorney Lance J. Hendron. (Order Appointing Counsel (ECF No. 3).)

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Given that Defendant is represented by Mr. Hendron, the court will deny Defendant's motions without prejudice.  Defendant is advised that all filings in his case must be made by his attorney.

IT IS THEREFORE ORDERED that Defendant's Motion for Suppression and Pre-Trial Release and Full Disclosure (ECF Nos. 21-24) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defendant's Notice Requesting Docket Sheet (ECF No. 25) is DENIED without prejudice.

DATED: March 2, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**