1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,              )
                                       )
        Plaintiff,               )     Case No.  2:17-cr-00042-APG-CWH
                                       )
vs.                                    )     **<u>ORDER</u>**
                                       )
SHAMARIAE MARSHON JONES,               )
                                       )
        Defendant.               )
_____ )

12      Presently before the court is Defendant Shamariae Marshon Jones' letter (ECF No. 53) to

13 the court regarding evidence in this case as well as the effectiveness of Defendant's counsel, filed

14 on July 12, 2017.  This letter was filed by the Defendant, although he is represented by attorney

15 Lance J. Hendron.  (Order Appointing Counsel (ECF No. 3).)

16      As the court previously advised Defendant in its Order (ECF No. 26) dated March 2, 2017,

17 under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented

18 appear or act in this case.  This means that once an attorney makes an appearance on behalf of a

19 party, that party may not personally file a document with the court; all filings must thereafter be

20 made by the attorney."  Given that Defendant is represented by Mr. Hendron, the court will strike

21 Defendant's letter from the docket.  Defendant is advised that all filings in his case must be made

22 by his attorney.

23      To the extent Defendant claims he has received ineffective assistance of counsel, Defendant

24 is advised that it is premature to make a determination about this issue because trial has not

25 occurred.  *See Strickland v. Washington*, 466 U.S. 668, 686 (1984) ("The benchmark for judging

26 any claim of ineffectiveness must be whether counsel's conduct so undermined the proper

27 functioning of the adversarial process that the trial cannot be relied on as having produced a just

28 result.").

1      IT IS THEREFORE ORDERED that the Clerk of Court must STRIKE Defendant Shamarie

2   Marshon Jones' letter (ECF No. 53) from the docket.

3

4      DATED: July 17, 2017

5

6                                      _____

7                                      **C.W. Hoffman, Jr.**
                                       **United States Magistrate Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28