# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SHAMARIAE MARSHON JONES, ) <br> ) <br> Defendant. ) <br> ) | 2:17-cr-00042-APG-CWH <br><br><br><br><br> **ORDER** |

On October 24, 2017, this Court granted the Defendant's motions to dismiss counsel (ECF Nos. 63, 64). Accordingly, IT IS HEREBY ORDERED that Daniel J. Hill be APPOINTED as counsel for Shamariae Marshon Jones for all future proceedings. Lance J. Hendron's office shall forward the file to Mr. Hill forthwith.

DATED: October 25, 2017

_____
UNITED STATES MAGISTRATE JUDGE