DAYLE ELIESON
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jared.L.Grimmer@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAMARIAE MARSHON JONES, <br><br> Defendant. | Case No. 2:17-cr-00042-APG-CWH <br><br> **STIPULATION TO RESET MOTION HEARING DATE** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for defendant Shamariae Marshon Jones, that the Motion Hearing currently scheduled on March 29, 2018 at 9:30 a.m., be vacated and continued for at least one week, to a time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. The parties jointly agree to the continuance.

2. The defendant is in custody, and does not oppose the continuance.

3. The additional time requested herein is not sought for purposes of delay, but is due to the unavailability of counsel for the government.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 20th of March, 2018.

                                                            Respectfully Submitted,

                                                            DAYLE ELIESON
                                                            United States Attorney

      */s/*                                          */s/*
DANIEL HILL                                    JARED L. GRIMMER
Counsel for Shamariae Marshon Jones      Assistant United States Attorney
                                                               District of Nevada

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATE OF AMERICA,

    Plaintiff,

vs.

SHAMARIAE MARSHON JONES,

    Defendant.

Case No. 2:17-cr-00042-APG-CWH

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, and the ends of justice, and judicial economy being best served by granting said extension

## ORDER

IT IS THEREFORE ORDERED that the hearing currently scheduled for Monday, March 29, 2018 at 9:30 a.m., be vacated and continued to April 17, 2018 at the hour of 9:00 a.m.

DATED this 21st day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE