# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SHAMARIAE JONES,<br><br>  Defendant. | Case No. 2:17-cr-00042-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>(ECF Nos. 76, 85) |

Defendant Shamariae Jones filed a motion to suppress statements he made to law enforcement officers. ECF No. 76. Magistrate Judge Hoffman entered his Report & Recommendation that the motion to suppress be denied. ECF No. 85. Jones objected to that recommendation (ECF No. 91) and the Government responded (ECF No. 92).

I have conducted a *de novo* review of the motion and relevant filings. The factual basis and legal analysis of Magistrate Judge Hoffman's Report & Recommendation is correct and I adopt it as my own.

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report & Recommendation **(ECF No. 85) is accepted**. Mr. Jones's motion to suppress **(ECF No. 76) is denied.**

Dated: August 17, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE