NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
SHAHEEN TORGOLY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMARIAE MARSHON JONES, and EDWIN ARNOLD, JR.,<br><br>Defendants. | Case No.: 2:17-CR-00042-APG-DJA<br><br>**STIPULATION TO CONTINUE MOTION DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese and Shaheen Torgoley, Assistant United States Attorneys, counsel for the United States of America, Daniel Hill, counsel for Defendant SHAMARIAE MARSHON JONES, and Thomas Ericsson, counsel for Defendant EDWIN ARNOLD, JR., that the Motion deadline currently scheduled for January 8, 2021, be vacated and continued to January 15, 2021.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. The parties seek a continuance of the motion deadline to allow the parties additional time to prepare their respective motions.

2. The Defendants are in custody and agree with the continuance.

3. The parties agree to the continuance.

DATED: January 8, 2021

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ *Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

 /s/ *Shaheen Torgoley*
_____
SHAHEEN TORGOLEY
Assistant United States Attorney


/s/ *Daniel Hill*
_____
Daniel Hill
Counsel for Defendant
SHAMARIAE MARSHON JONES


/s/ *Thomas Ericsson*
_____
Thomas Ericsson
Counsel for Defendant
EDWIN ARNOLD, JR.

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-00042-APG-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| SHAMARIAE MARSHON JONES, and EDWIN ARNOLD, JR., | |
| Defendants. | |

IT IS THEREFORE ORDERED that the Motion deadline currently scheduled for January 8, 2021, be vacated and continued to January 15, 2021.

DATED this 11th day of January, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE