# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff | **Order Denying Motions in Limine** |
| v. | [ECF Nos. 192, 198] |
| SHAMARIAE MARSHON JONES and EDWIN ARNOLD, JR., | |
| Defendants | |

The Government has filed two motions in limine. ECF Nos. 192, 198. Local Rule LCR 12-2 states that "motions in limine . . . will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process as defined by LR IA 1-3(f) and have been unable to resolve the matter without court action." The Government has not attached such a certification. I therefore deny the motions in limine without prejudice. If the Government is unable to reach an agreement with defense counsel on the issues in the motion, it may refile either or both of the motions. But given the impending trial date, the motion must include a briefing schedule agreed to by the parties.

DATED this 6th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE