# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>SHAMARIAE JONES,<br><br>      Defendant. | Case No. 2:17-cr-00042-APG-CWH<br><br>**ORDER DENYING MOTION FOR ACQUITTAL** |

At the close of the Government's evidence at trial, defendant Shamariae Jones orally moved for judgment of acquittal under Federal Rule of Criminal Procedure 29(a). I reserved decision on the motion under Rule 29(b).

I HEREBY ORDER that Jones's Rule 29 motion is denied without prejudice to him filing a motion for acquittal under Rule 29(c).

Dated: May 24, 2021.

                       _____
                       ANDREW P. GORDON
                       UNITED STATES DISTRICT JUDGE