DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00042-APG-DJA |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING (First Request) |
| vs. | |
| SHAMARIAE JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through Shaheen Torgoley and Allison Reese, Assistant United States Attorneys, together with Daniel Hill, counsel for defendant Shamariae Jones, that the sentencing hearing currently scheduled for August 25, 2021 be vacated and set to a date and time convenient to this Court, but no sooner than 45 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is in custody and does not object to the continuance.

2. Undersigned counsel needs additional time to prepare for Defendant's sentencing.

1

hearing.

3. Still pending is Mr. Jones' motion for judgment of acquittal, the outcome of which may substantially change the parties' positions regarding sentencing.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

DATED this 17th day of August 2021.

*/s/ Daniel Hill*
_____
Daniel Hill, Esq.
Counsel for Defendant

*/s/ Shaheen Torgoley*
*/s/ Allison Reese*
_____
Shaheen Torgoley, Esq.
Allison Reese, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00042-APG-DJA |
| Plaintiff, | |
| vs. | ORDER |
| SHAMARIAE JONES, | |
| Defendant. | |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for August 25, 2021, be vacated and continued to November 3, 2021, at 2:30 p.m. in LV Courtroom 6C.

DATED August 17, 2021

_____
THE HONORABLE ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE