CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| vs. | |
| SHAMARIAE MARSHON JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese and Shaheen Torgoley, Assistant United States Attorneys, counsel for the United States of America, and Daniel Hill, counsel for Defendant SHAMARIAE MARSHON JONES, that the sentencing hearing currently scheduled for November 3, 2021 at 2:30pm, be vacated and continued two weeks or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. On September 15, 2021, the Court granted in part and denied in part, the Defendant's Motion for Acquittal. *See* ECF No. 249. That Order alters the guidelines calculations as they are presently calculated in the Presentence Investigation Report (PSR).

2. To date, the parties have not received a revised PSR, but have been advised that it is forthcoming. Without a revised PSR the parties are unable to fully prepare for the upcoming sentencing and therefore need additional time to review the revised PSR once received and prepare for the sentencing.

3. The Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is made in good faith and not for the purposes of delay.

6. This is the second request for a continuance of the sentencing hearing.

DATED: October 26, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
SHAHEEN TORGOLEY
Assistant United States Attorneys

/s/ Daniel Hill
_____
Daniel Hill
Counsel for Defendant
SHAMARIAE MARSHON JONES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMARIAE MARSHON JONES,<br><br>Defendant. | Case No.: 2:17-CR-00042-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for November 3, 2021, be vacated and continued to __December 1, 2021__ at the hour of __2:30 p.m.__ in courtroom 6C

DATED this __27th__ day of October, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3