**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMARIAE MARSHON JONES,<br><br>Defendant. | Case No.: 2:17-CR-00042-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for December 1, 2021, is vacated and continued to January 18, 2022 at the hour of 2:30 p.m. in courtroom 6C.

DATED this 23rd day of November, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3