CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff, | Stipulation to Continue Sentencing Hearing (Fourth Request) |
| vs. | |
| SHAMARIAE MARSHON JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attornes, counsel for the United States of America, and Daniel Hill, counsel for Defendant SHAMARIAE MARSHON JONES, that the sentencing hearing currently scheduled for January 18, 2022 at 2:30 pm, be vacated and continued for not less than two weeks or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to research and prepare for the sentencing hearing.
2. The Defendant is in custody and does not object to the continuance.

1

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is made in good faith and not for the purposes of delay.

5. This is the fourth request for a continuance of the sentencing hearing.

DATED:  January 11, 2022

                                  Respectfully submitted,

                                  CHRISTOPHER CHIOU
                                  Acting United States Attorney

                                  */s/  Allison Reese*
                                  _____
                                  ALLISON REESE
                                  Assistant United States Attorney

                                  */s/ Daniel Hill*
                                  _____
                                  Daniel Hill
                                  Counsel for Defendant
                                  SHAMARIAE MARSHON JONES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMARIAE MARSHON JONES,<br><br>Defendant. | Case No.: 2:17-CR-00042-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for January 18, 2022, be vacated and continued to February 15, 2022 at the hour of 2:30 p.m. in courtroom 6C.

DATED this 12th day of January, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3