# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SHAMARIAE JONES,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-cr-00042-APG-CWH<br><br>**Order** |

　　　The Ninth Circuit has remanded this case for resentencing of defendant Shamariae Jones on Count 2. ECF No. 303 at 7.

　　　I ORDER the parties to confer about how much time they need to prepare sentencing memoranda and how long it will take to return Mr. Jones to this district for a sentencing hearing.

　　　I FURTHER ORDER the parties to file a joint brief explaining their proposed briefing schedule and hearing date. If they cannot agree on those, the brief will state each side's preferences and reasons. The joint brief is due by August 8, 2023.

　　　Dated: July 18, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE