UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>SHAMARIAE JONES,<br><br>       Defendant. | Case No. 2:17-cr-00042-APG-CWH<br><br>**Order for Counsel to Respond** |

  Shamariae Jones personally filed a motion for trial transcripts, which the court denied without prejudice because he is represented by counsel and thus not permitted to file motions on his own behalf. ECF Nos. 322, 323.  Junes then submitted a letter to the court stating that he has reached out to counsel for assistance but has received no response. ECF No. 324.

  I THEREFORE ORDER Dan Hill, Jones's counsel of record, to submit a brief, under seal if necessary, explaining whether (and if so why) he has ignored Jones's requests for assistance.  Hill must mail that brief to Jones even if it is filed under seal.  The brief is due by January 23, 2025.

  I FURTHER ORDER the clerk of court to mail to Jones, at the address listed in the court's docket sheet, a copy of this court's form § 2255 motion and instructions.

  Dated:  January 2, 2025.

                    _____
                    ANDREW P. GORDON
                    CHIEF UNITED STATES DISTRICT JUDGE