UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00042-APG-DJA |
|---|---|
| Plaintiff, | **Order Discharging Counsel** |
| v. | |
| SHAMARIAE JONES, | |
| Defendant. | |

Based on attorney Dan Hill's response to my order (ECF No. 327), I hereby formally discharge Mr. Hill from further representation of defendant Shamariae Jones. Mr. Jones may file documents in this case *pro se*.

Dated: January 24, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE