# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| SHAMARIAE MARSHON JONES, | |
| Defendant | |

Defendant Shamariae Jones has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF No. 329. The United States shall file a response to the motion, if it has any, no later than March 3, 2025. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 3rd day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE