# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
|---|---|
| Plaintiff | **Order** |
| v. | |
| SHAMARIAE MARSHON JONES and EDWIN ARNOLD, JR., | |
| Defendants | |

Defendant Edwin Arnold, Jr. filed a motion under 28 U.S.C. § 2255 claiming, among other things, that his trial counsel was ineffective. ECF No. 316. I ordered the government and Arnold's prior defense counsel, Thomas Ericsson, to produce a complete copy of any proposed plea agreement, any relevant electronic or written communications, and for Ericsson to provide an affidavit responding to Arnold's motion. ECF No. 337. The government produced the proposed plea agreement and plea-bargaining email correspondence. ECF Nos. 341; 341-1; 341-2. Ericsson produced the same documents, correspondence between himself and Arnold, and a declaration describing Ericsson's recollection of the plea negotiations. ECF Nos. 340; 342. Arnold may now respond to this evidence and how it affects his ineffective assistance of counsel claim. And the government may reply.

I THEREFORE ORDER that Arnold may file a response to the Government and Ericsson's filings (ECF Nos. 340; 341; 342) by **May 22, 2025**. The government may file a reply within 21 days of Arnold's response if he chooses to file one.

DATED this 22nd day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE