# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff | **Order Denying Motion to Vacate** |
| v. | [ECF Nos. 329, 336, 343] |
| SHAMARIAE MARSHON JONES, | |
| Defendant | |

Defendant Shamariae Jones filed a motion to set aside his sentence and impose a new sentence. ECF No. 329. The United States moved to dismiss that motion. ECF No. 336. Jones now moves to voluntarily dismiss his motion. ECF No. 343.

I HEREBY ORDER that Jones' motion to voluntarily dismiss his motion to vacate his sentence **(ECF No. 343) is granted**.

I FURTHER ORDER that Jones' motion to vacate **(ECF No. 329) is denied without prejudice** and the United States' motion to dismiss **(ECF No. 336) is denied as moot.**

DATED this 23rd day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE