# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| SHAMARIAE MARSHON JONES, | |
| Defendant | |

Defendant Shamariae Jones submitted a letter requesting that I reduce the amount of money being taken out of his prison account for restitution payments. ECF No. 351. If the United States has any response to that request, it will file that by October 15, 2025. Mr. Jones may file a reply in support of his request within 14 days after the Government files its response.

DATED this 8th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE