SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Shamariae Jones,<br><br>  Defendant. | Case No.: 2:17-cr-00042-APG-DJA<br><br>**MOTION TO AUTHORIZE PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |

The United States of America, by and through its attorney, SIGAL CHATTAH, Acting United States Attorney for the District of Nevada, Cybill L. Dotson, Assistant United States Attorney, pursuant to 18 U.S.C. § 3613(a), requests this Court to enter an Order authorizing the Federal Bureau of Investigation ("FBI") to turnover to the Clerk of Court funds held as evidence in the amount of $950.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case. In support of this motion, the government states the following:

1. On February 15, 2022, Jones was sentenced to a total of 162 months imprisonment and 36 months of supervised release. ECF No. 279. The Court also ordered Jones to pay a $400.00 mandatory special assessment and restitution in the amount of $13,032.00. Restitution was ordered to be paid jointly and severally with Edwin Arnold, Jr. in this case. Subsequently, on September 14, 2023, the Court issued an Amended Judgment. ECF No. 312.

2. The total outstanding assessment/restitution owed on the judgment is $13,320.00 as of September 23, 2025, excluding interest.

3. The United States Attorney's Office for this district was recently informed that funds seized as evidence in this matter are maintained by the FBI in its valuable evidence locker. By this motion, the United States seeks entry of an order authorizing the FBI to turn over $950.00 to the Clerk of Court as payment towards the defendant's outstanding criminal monetary penalties.

4. Title 18 United States Code Section 3613 sets forth the procedures for the United States to enforce criminal monetary penalties, including restitution and criminal fines. See 18 U.S.C. §§ 3613(a), 3613(f) (government enforces restitution in the same manner as a fine). In particular, the statute provides that a sentence imposing restitution constitutes a lien in favor of the government against all of the defendant's property and rights to property. 18 U.S.C. § 3613(c). *See also* 18 U.S.C. §§ 3613(a) (government enforces restitution against all property and rights to property of the defendant), 3664(m) (government may use all available and reasonable means to collect restitution). Further, the government's lien and defendant's obligation to pay restitution lasts for twenty years (20) from the date of release from incarceration. *See* 18 U.S.C. § 3613(b). Also, pursuant to the Crime Victim Rights Act, the victim of the defendant's crime is entitled to full and timely restitution as provided by law. See 18 U.S.C. § 3771(a)(6).

5. The government also submits that an order authorizing the turnover of the defendant's property is appropriate here and the United States is not required to rely upon other formal collection remedies such as garnishment of or execution upon property to obtain these funds. The funds at issue currently are in the United States' possession and the United States has a valid lien over this property.

6. Furthermore, because the property is cash, it does not fall within any applicable categories of the exempt property that a defendant may claim in a criminal case. *See* 18 U.S.C. § 3613(a)(1) (setting forth the applicable IRS property exemptions for criminal cases). For criminal debts such as restitution, federal law provides that the only categories

of exempt property are: (1) wearing apparel and school books; (2) fuel, provisions, furniture, and personal effects; (3) books and tools of a trade, business, or profession; (4) unemployment benefits; (5) undelivered mail; (6) annuity or pension payments under certain, specified federal statutes; (7) workmen's compensation; (8) judgments for support of minor children; (9) certain service-connected disability payments; and (10) assistance under the Job Training Partnership Act. 18 U.S.C. § 3613(a)(1) (incorporating § 6334(a) of the Internal Revenue Code, Title 26).

7. The United States is not aware of any other party who may claim an interest in this property.

8. Accordingly, the United States requests that the Court grant the motion and order that the FBI turn over the funds to the Clerk of Court to be applied towards the defendant's outstanding obligation.

WHEREFORE, for the reasons stated above, the United States requests that this Court grant its motion.

Respectfully submitted this 24th of September 2025.

SIGAL CHATTAH
Acting United States Attorney

CYBILL DOTSON
Assistant United States Attorney

SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00042-APG-DJA |
| Plaintiff, | **ORDER AUTHORIZING PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |
| v. | |
| SHAMARIAE JONES, | |
| Defendant. | |

This matter is before the Court on the Motion to Authorize Payment from the Federal Bureau of Investigation ("FBI") pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, the FBI shall turn over to the Clerk of Court funds held as evidence in the amount of $950.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

> Clerk of the Court, U.S. District Court
> 333 Las Vegas Boulevard South, Suite 1334
> Las Vegas, NV 89101

Payment shall reference defendant's name and case number:

> "Shamariae Jones / 2:17-cr-00042-APG-DJA".

IT IS SO ORDERED:

Dated: October 14, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE